McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY A. SPADE,

       Plaintiff,

  v.

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

       Defendant.

CASE NO. **2:03-CV-01041-PAN**

STIPULATION AND [proposed]
ORDER SETTLING ATTORNEY'S
FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the

Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND AND 00/100 DOLLARS

($4,000.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff

by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs

under the EAJA, and does not constitute an admission of liability on the part of Defendant under the

EAJA.  Payment of the FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00) in fees shall

constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA

fees and costs in connection with this action.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes

counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing

password, pursuant to Local Rule 7-131.

DATED: October 7, 2005 　　　　　　　　　　_/s/ Bess M. Brewer_____
　　　　　　　　　　　　　　　　　　　　　　BESS M. BREWER

　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


DATED: October 7, 2005 　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　By:_/s/ Bobbie J. Montoya_____
　　　　　　　　　　　　　　　　　　　　BOBBIE J. MONTOYA
　　　　　　　　　　　　　　　　　　　　Assistant U. S. Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

PETER THOMPSON
Assistant Regional Counsel

U. S. Social Security Administration

Re:  RICKY A. SPADE v. JO ANNE B. BARNHART, Case No. 2:03-CV-01041-PAN, Stipulation and Order Settling Attorney's
Fees Pursuant to the Equal Access to Justice Act

2

_____oOo_____

_____ **ORDER**

     Upon stipulation of the parties, plaintiff in CASE NO. 2:-03-CV-01041-PAN, <u>RICKY A.</u>

<u>SPADE v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $4,000.00,

pursuant to the Equal Access to Justice Act.

     APPROVED AND SO ORDERED.

     Dated:  October 17, 2005.

                                             /s/ Peter A. Nowinski

                                           **PETER A. NOWINSKI**

                                           **Magistrate Judge**